FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 19 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YUN JAE MOON,<br>A/K/A MOON HO ROH,<br>A/K/A JOON MOON,<br>A/K/A ALEX MOON,<br>A/K/A JAKE MOON | Criminal Action No.<br>1:21-CR-064 |

## Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Thomas J. Krepp, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1.   **Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

2.   **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

3.   **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the



defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: February 18, 2021.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-4647

Respectfully submitted,

KURT R. ERSKINE
Acting United States Attorney

*Thomas J. Krepp*
THOMAS J. KREPP
Assistant U.S. Attorney
Ga. Bar No. 346781