AO 442 (12/85) Warrant for Arrest

USMS: 06008-509

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

RECEIVED MAR 01 2021
By USMS at 4:58pm, Feb 18, 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

YUN JAE MOON

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-064 JPB

**AGENT TO ARREST**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest YUN JAE MOON and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Commit Wire Fraud.

in violation of **Title 18, United States Code, Section(s) 371**

| | |
|---|---|
| JAMES N. HATTEN<br>Name of Issuing Officer | Clerk, U.S. District Court<br>Title of Issuing Officer |
| s/Cynthia Mercado<br>Signature of Issuing Officer | February 18, 2021 at Atlanta, Georgia<br>Date and Location |

Bail Fixed at $ _____   By: _____
                                  Name of Judicial Officer

---

# RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 02-18-2021

T. Lazenby  DUSM
Name and Title of Arresting Officer

Date of Arrest: 02-19-2021

Signature of Arresting Officer