# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00064-JPB-AJB
### USA v. Moon
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 09/14/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 1:00 P.M. | COURT REPORTER: Penny Coudriet |
| TIME COURT CONCLUDED: 1:35 P.M. | COURT INTERPRETER: Jason Lee |
| TIME IN COURT: 00:35 | USPO: D. Williams |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Brittney Walker |

| | |
|---|---|
| DEFENDANT(S): | [1]Yun Jae Moon Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Ertel representing Yun Jae Moon<br>Thomas Krepp representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Interpreter, Jason Lee, was sworn in. Defendant objected to the restitution and loss amount within the PSR. The Court sustained the objections. PSR was adopted by the Court to which no further objections were raised. The Court presented guideline calculations and sentencing options. Defense counsel spoke on Defendant's behalf. Defendant spoke on his behalf. The Court advised Defendant of his right of allocution. The sentence was pronounced. The 3553 factors and appeal rights were given by the Court.See J&C for details and transcript for more details. |
| HEARING STATUS: | Hearing Concluded |